# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATRICIA PARRISH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 3:22-cv-244-MMH-JBT

FLORIDA DEPARTMENT OF
HEALTH and PATRICIA RYLAND,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Voluntary Dismissal (Dkt. No. 29; Stipulation) filed on July 3, 2023. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

  3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of July, 2023.

            *[signature]*
            MARCIA MORALES HOWARD
            United States District Judge

ja

Copies to:

Counsel of Record